The Prothonotary is directed to file the above-referenced Applications under seal.

## ORDER

PER CURIAM.

AND NOW, this 17th day of October, 2007, it is hereby ordered that:

(1) The Application for Leave to File Under Seal the Application for Relief Seeking a Remand on the Basis of After–Discovered Evidence, or in the Alternative, Application for Leave to Amend Petition for Allowance of Appeal to Request a Remand on the Basis of After–Discovered Evidence is granted;

(2) The Alternative Application for Leave to Amend Petition for Allowance of Appeal to Request a Remand on the Basis of After–Discovered Evidence is granted;

(3) The Petition for Allowance of Appeal, as amended is granted;

(4) This case is remanded to the Commonwealth Court for remand to the

**Alan TANNENBAUM,**
**M.D., Respondent**

v.

**NATIONWIDE INSURANCE**
**COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## ORDER

PER CURIAM.

AND NOW, this 17th day of October, 2007, the Petition for Allowance of Appeal is hereby GRANTED. The issues, as stated by Petitioner, are:

a. Did the Superior Court ignore the mandates of the Legislature in judicially repealing § 1722 of the MVFRL, thereby reinstituting double recovery and the collateral source rule in the system of automobile accident litigation in Pennsylvania?

b. Did the Superior Court depart from judicial precedent and ignore prior decisions by this Supreme Court by allowing a claimant to recover the same damages twice under the MVFRL?